## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

KADHIM AL-EBADI,  )
  )
        Petitioner,  )
  )
v.  ) Case No.   4:17-cv-2082-MHH-TMP
  )
ATTORNEY GENERAL  )
of the UNITED STATES,  )
  )
        Respondent.  )

## MEMORANDUM OPINION

On February 6, 2018, petitioner Kadhim Al-Ebadi filed a notice of voluntary dismissal of his 28 U.S.C. § 2241 petition for writ of habeas corpus.  (Doc. 6). Also on February 6, 2018, the magistrate judge entered a report in which he recommended that the Court dismiss this action without prejudice based on Mr. Al-Ebadi's notice of voluntary dismissal.  (Doc. 7).  The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days.  (Doc. 7, p. 2).  To date, no party has filed objections to the report and recommendation.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  A district court reviews legal conclusions in a report de novo and reviews for plain

error factual findings to which no objection is made. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also LoConte v. Dugger*, 847 F.2d 745, 749 (11th Cir. 1988); *Macort v. Prem, Inc.*, 208 Fed. Appx. 781, 784 (11th Cir. 2006).

Having reviewed and considered the materials in the Court file, the Court finds no misstatements of law in the report and no plain error in the magistrate judge's description of the relevant facts. Therefore, the Court adopts the magistrate judge's report and accepts his recommendation.

The Court will enter a separate final order dismissing this action without prejudice.

**DONE** and **ORDERED** this February 28, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE